PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Oscar Gonzalez de Llano
Special Assistant United States Attorney
  Social Security Administration
  Office of General Counsel
  6401 Security Boulevard
  Baltimore, MD 21235
  Telephone: (510) 970-4818
  Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB ALAN HEER,<br><br>  Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br> Commissioner of Social Security,<br><br>  Defendant. | No. 2:24-cv-01943-AC<br><br>STIPULATED MOTION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

  IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant's time for responding to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from November 18, 2024 to December 18, 2024.  This is Defendant's first request for an extension.  Counsel for Plaintiff has no objection to Defendant's request for an extension.

  Good cause exists for this request.  Defendant respectfully requests this additional time because Counsel for Defendant has and will be unable to devote the time required to complete its

Stipulated Motion for Extension of Time

1

response. Counsel has multiple merit briefs currently due in district court cases within the next week. Counsel for Defendant was also out of the office for a couple days this week providing care for his son who was home sick. Given this situation an extension until December 18, 2024 will provide the opportunity for the undersigned Counsel for Defendant to prioritize completing the response to Plaintiff's Motion for Summary Judgment. The undersigned Counsel apologizes to the Court and Plaintiff's counsel for any inconvenience caused by this request and delay. All other dates in the Court's Scheduling Order shall be extended accordingly.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATE: November 15, 2024      By:   *s/ Oscar Gonzalez de Llano*
OSCAR GONZALEZ DE LLANO
Special Assistant United States Attorney
Attorneys for Defendant


Respectfully submitted,

Law Offices of Francesco Benavides

DATE: November 15, 2024      By:   *s/ Francesco Benavides* *
Francesco Benavides
(*as authorized by email)
Attorney for Plaintiff

<u>ORDER</u>

Pursuant to Defendant's Motion, IT IS SO ORDERED that Defendant shall have an extension, up to and including December 18, 2024, to respond to Plaintiff's Motion for Summary Judgment.

DATED: November 18, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE